UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 25-1555**

Atlas Data Privacy Corporation et al. v. We Inform, LLC

**No. 25-1556**

Atlas Data Privacy Corporation et al. v. Infomatics, LLC

**No. 25-1557**

Atlas Data Privacy Corporation et al. v. The People Searchers, LLC

**No. 25-1558**

Atlas Data Privacy Corporation et al. v. DM Group, Inc.

**No. 25-1559**

Atlas Data Privacy Corporation et al. v. Deluxe Corporation

**No. 25-1560**

Atlas Data Privacy Corporation et al. v. Quantarium Alliance, LLC, and Quantarium Group, LLC

**No. 25-1561**

Atlas Data Privacy Corporation et al. v. Yardi Systems, Inc.

**No. 25-1562**

Atlas Data Privacy Corporation et al. v. Digital Safety Products, LLC

**No. 25-1563**

Atlas Data Privacy Corporation et al. v. Civil Data Research, LLC

**No. 25-1564**

Atlas Data Privacy Corporation et al. v. Scalable Commerce, LLC, and National Data Analytics, LLC

**No. 25-1565**

Atlas Data Privacy Corporation et al. v. Labels & Lists, Inc.

**No. 25-1566**

Atlas Data Privacy Corporation et al. v. Innovis Data Solutions, Inc.

**No. 25-1567**

Atlas Data Privacy Corporation et al. v. Accurate Append, Inc.

**No. 25-1568**

Atlas Data Privacy Corporation et al. v. Zillow, Inc., and Zillow Group, Inc.

**No. 25-1569**

Atlas Data Privacy Corporation et al. v. Equimine, Inc.

**No. 25-1570**

Atlas Data Privacy Corporation et al. v. Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, Thomson Reuters Applications Inc., Thomson Reuters Enterprise Centre GmbH, and West Publishing Corporation

**No. 25-1571**

Atlas Data Privacy Corporation et al. v. Melissa Data Corp.

**No. 25-1572**

Atlas Data Privacy Corporation et al. v. Restoration of America and Voter Reference Foundation LLC

**No. 25-1573**

Atlas Data Privacy Corporation et al. v. i360, LLC

**No. 25-1574**

Atlas Data Privacy Corporation et al. v. GoHunt, LLC, GoHunt Management Holdings, LLC, and GoHunt Management Holdings II, LLC

**No. 25-1575**

Atlas Data Privacy Corporation et al. v. AccuZIP, Inc.

**No. 25-1576**

Atlas Data Privacy Corporation et al. v. Synaptix Technology, LLC, and Voterrecords.com

**No. 25-1577**

Atlas Data Privacy Corporation et al. v. Joy Rockwell Enterprises, Inc.

**No. 25-1578**

Atlas Data Privacy Corporation et al. v. Fortnoff Financial, LLC

**No. 25-1579**

Atlas Data Privacy Corporation et al. v. MyHeritage Ltd. and MyHeritage (USA), Inc.

**No. 25-1580**

Atlas Data Privacy Corporation et al. v. E-Merges.com Inc.

**No. 25-1581**

Atlas Data Privacy Corporation et al. v. Nuwber, Inc.

**No. 25-1582**

Atlas Data Privacy Corporation et al. v. RocketReach LLC

**No. 25-1583**

Atlas Data Privacy Corporation et al. v. Belles Camp Communications, Inc.

**No. 25-1584**

Atlas Data Privacy Corporation et al. v. PropertyRadar, Inc.

**No. 25-1585**

Atlas Data Privacy Corporation et al. v. The Alesco Group, L.L.C., Alesco AI, LLC, Alesco Marketing Solutions, L.L.C., Stat Resource Group Inc., and Response Solutions Group, LLC

**No. 25-1586**

Atlas Data Privacy Corporation et al. v. Searchbug, Inc.

**No. 25-1587**

Atlas Data Privacy Corporation et al. v. Amerilist, Inc.

**No. 25-1588**

Atlas Data Privacy Corporation et al. v. US Data Corporation

| | |
|---|---|
| **No. 25-1589**<br>Atlas Data Privacy Corporation et al. v. Smarty, LLC, and SmartyStreets, LLC | **No. 25-1592**<br>Atlas Data Privacy Corporation et al. v. Spy Dialer, Inc. |
| **No. 25-1590**<br>Atlas Data Privacy Corporation et al. v. Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group | **No. 25-1593**<br>Atlas Data Privacy Corporation et al. v. Lighthouse List Company, LLC |
| | **No. 25-1676**<br>Atlas Data Privacy Corporation et al. v. First Direct, Inc. |
| **No. 25-1591**<br>Atlas Data Privacy Corporation et al. v. DarkOwl, LLC | **No. 25-1677**<br>Atlas Data Privacy Corporation et al. v. Greenflight Venture Corp. |

**ORDER**

The thirty-nine appeals docketed at Nos. 25-1555 through 25-1593 were previously consolidated and expedited. The newly permitted appeals docketed at Nos. 25-1676 and 25-1677 are consolidated with that group for all purposes.

As stated in the Court's orders permitting these appeals, briefing in all appeals will proceed under the following peremptory schedule:

All appellants must file a single, joint opening brief by **April 14, 2025**.

All plaintiffs must file a single, joint response brief by **May 12, 2025**. By the same deadline, the Attorney General of New Jersey may file its own brief.

All appellants must file a single, joint reply brief by **May 27, 2025**.

The Clerk will calendar all appeals for submission to a merits panel during the week of July 7, 2025.

The parties should electronically file the briefs and the appendix on all dockets. Motions should be limited to the dockets to which they relate. The appellants' case-opening forms and other individual filings should be filed *only* on the docket assigned to the filer's appeal.

      Like many of the original thirty-nine appeals, the two newly permitted appeals involve two plaintiffs who sued under "Jane Doe" pseudonyms. It is unclear whether the state court or district court granted them permission to conceal their names. If the "Jane Doe" plaintiffs wish to continue pseudonymously on appeal, they must either (1) provide a copy of the state- or district-court order granting them pseudonymity or (2) file a motion asking this Court for that relief. If they do neither of those things by April 15, 2025, they may be required to litigate these appeals under their real names.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: April 9, 2025
Lmr/cc: All Counsel of Record