<u>9:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>TUESDAY, JULY 08, 2025</u>

<u>Coram: BIBAS, FREEMAN and CHUNG, Circuit Judges</u>

<u>Nos. 25-1555/25-1556/25-1557/25-1558/25-1559/25-1560/25-1561/25-1562/25-1563/
25-1564/25-1565/25-1566/25-1567/25-1568/25-1569/25-1570/25-1571/25-1572/
25-1573/25-1574/25-1575/25-1576/25-1577/25-1578/25-1579/25-1580/25-1581/
25-1582/25-1583/25-1584/25-1585/25-1586/25-1587/25-1588/25-1589/25-1590/
25-1591/25-1592/25-1593/25-1676/25-1677</u>

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
We Inform, LLC,
Appellant in 25-1555

———

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
Infomatics, LLC,
Appellant in 25-1556

———

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
The People Searchers, LLC,
Appellant 25-1557

———

ATLAS DATA PRIVACY CORP, as assignee
of individuals who are Covered Persons; et al.
v.
DM GROUP INC,
Appellant in 25-1558

Continued…

PAGE TWO – CONTINUED                           TUESDAY, JULY 08, 2025

Coram: BIBAS, FREEMAN and CHUNG, Circuit Judges

Nos. 25-1555/25-1556/25-1557/25-1558/25-1559/25-1560/25-1561/25-1562/25-1563/
25-1564/25-1565/25-1566/25-1567/25-1568/25-1569/25-1570/25-1571/25-1572/
25-1573/25-1574/25-1575/25-1576/25-1577/25-1578/25-1579/25-1580/25-1581/
25-1582/25-1583/25-1584/25-1585/25-1586/25-1587/25-1588/25-1589/25-1590/
25-1591/25-1592/25-1593/25-1676/25-1677 (Continued)

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
Deluxe Corporation,
Appellant in 25-1559

———

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
Quantarium Alliance, LLC, and Quantarium Group, LLC,
Appellants in 25-1560

———

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
Yardi Systems, Inc.,
Appellant in 25-1561

———

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
Digital Safety Products, LLC,
Appellant 25-1562

Continued…

```
```

PAGE THREE – CONTINUED                    TUESDAY, JULY 08, 2025

Coram: BIBAS, FREEMAN and CHUNG, Circuit Judges

Nos. 25-1555/25-1556/25-1557/25-1558/25-1559/25-1560/25-1561/25-1562/25-1563/ 25-1564/25-1565/25-1566/25-1567/25-1568/25-1569/25-1570/25-1571/25-1572/ 25-1573/25-1574/25-1575/25-1576/25-1577/25-1578/25-1579/25-1580/25-1581/ 25-1582/25-1583/25-1584/25-1585/25-1586/25-1587/25-1588/25-1589/25-1590/ 25-1591/25-1592/25-1593/25-1676/25-1677 (Continued)

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
Civil Data Research, LLC,
Appellant in 25-1563

___

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
Scalable Commerce, LLC, and National Data Analytics, LLC,
Appellants in 25-1564

___

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
Labels & Lists, Inc.,
Appellant in 25-1565

___

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
Innovis Data Solutions, Inc.,
Appellant in 25-1566

___

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.
v.
ACCURATE APPEND, INC.,
Appellant in 25-1567

Continued…

Coram: BIBAS, FREEMAN and CHUNG, Circuit Judges

Nos. 25-1555/25-1556/25-1557/25-1558/25-1559/25-1560/25-1561/25-1562/25-1563/
25-1564/25-1565/25-1566/25-1567/25-1568/25-1569/25-1570/25-1571/25-1572/
25-1573/25-1574/25-1575/25-1576/25-1577/25-1578/25-1579/25-1580/25-1581/
25-1582/25-1583/25-1584/25-1585/25-1586/25-1587/25-1588/25-1589/25-1590/
25-1591/25-1592/25-1593/25-1676/25-1677 (Continued)

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
ZILLOW, INC., and ZILLOW GROUP, INC.,
Appellants in 25-1568

———

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
EQUIMINE, INC.,
Appellant in 25-1569

———

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC.,
THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS APPLICATIONS
INC., THOMSON REUTERS ENTERPRISE CENTRE GMBH, and WEST
PUBLISHING CORPORATION

THOMSON REUTERS CORPORATION, THOMSON REUTERS CANADA
LIMITED, THOMSON REUTERS ENTERPRISE CENTRE GMBH, and WEST
PUBLISHING CORPORATION
Appellants in 25-1570

———

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
MELISSA DATA CORP.,
Appellant in 25-1571

Continued…

PAGE FIVE – CONTINUED                    TUESDAY, JULY 08, 2025

Coram: BIBAS, FREEMAN and CHUNG, Circuit Judges

Nos. 25-1555/25-1556/25-1557/25-1558/25-1559/25-1560/25-1561/25-1562/25-1563/
25-1564/25-1565/25-1566/25-1567/25-1568/25-1569/25-1570/25-1571/25-1572/
25-1573/25-1574/25-1575/25-1576/25-1577/25-1578/25-1579/25-1580/25-1581/
25-1582/25-1583/25-1584/25-1585/25-1586/25-1587/25-1588/25-1589/25-1590/
25-1591/25-1592/25-1593/25-1676/25-1677 (Continued)

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
RESTORATION OF AMERICA and VOTER
REFERENCE FOUNDATION LLC,
Appellants in 25-1572

___

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
i360, LLC,
Appellant in 25-1573

___

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
GOHUNT, LLC, GOHUNT MANAGEMENT HOLDINGS, LLC, and
GOHUNT MANAGEMENT HOLDINGS II, LLC,
Appellants in 25-1574

___

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
ACCUZIP, INC.,
Appellant in 25-1575

___

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
SYNAPTIX TECHNOLOGY, LLC,
and VOTERRECORDS.COM,
Appellants in 25-1576

Continued…

Coram: BIBAS, FREEMAN and CHUNG, Circuit Judges

Nos. 25-1555/25-1556/25-1557/25-1558/25-1559/25-1560/25-1561/25-1562/25-1563/
25-1564/25-1565/25-1566/25-1567/25-1568/25-1569/25-1570/25-1571/25-1572/
25-1573/25-1574/25-1575/25-1576/25-1577/25-1578/25-1579/25-1580/25-1581/
25-1582/25-1583/25-1584/25-1585/25-1586/25-1587/25-1588/25-1589/25-1590/
25-1591/25-1592/25-1593/25-1676/25-1677 (Continued)

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
JOY ROCKWELL ENTERPRISES, INC.,
Appellant in 25-1577

___

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
FORTNOFF FINANCIAL, LLC,
Appellant in 25-1578

___

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
MYHERITAGE LTD. and MYHERITAGE (USA), INC.,

MYHERITAGE LTD.,
Appellant in 25-1579

___

ATLAS DATA PRIVACY CORPORATION
as assignee of individuals who are Covered Persons; et al.
v.
E-MERGES.COM INC.,
Appellant in 25-1580

___

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.
v.
NUWBER, INC.,
Appellant in 25-1581

Continued…

PAGE SEVEN – CONTINUED                         TUESDAY, JULY 08, 2025

Coram: BIBAS, FREEMAN and CHUNG, Circuit Judges

Nos. 25-1555/25-1556/25-1557/25-1558/25-1559/25-1560/25-1561/25-1562/25-1563/
25-1564/25-1565/25-1566/25-1567/25-1568/25-1569/25-1570/25-1571/25-1572/
25-1573/25-1574/25-1575/25-1576/25-1577/25-1578/25-1579/25-1580/25-1581/
25-1582/25-1583/25-1584/25-1585/25-1586/25-1587/25-1588/25-1589/25-1590/
25-1591/25-1592/25-1593/25-1676/25-1677 (Continued)

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.
v.
ROCKETREACH LLC,
Appellant in 25-1582

———

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.
v.
BELLES CAMP COMMUNICATIONS, INC.,
Appellant in 25-1583

———

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.
v.
PROPERTYRADAR, INC.,
Appellant in 25-1584

———

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.
v.
THE ALESCO GROUP, L.L.C.; et al..
Appellants in 25-1585

———

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.
v.
SEARCHBUG, INC.,
Appellant in 25-1586

Continued…

Coram: BIBAS, FREEMAN and CHUNG, Circuit Judges

Nos. 25-1555/25-1556/25-1557/25-1558/25-1559/25-1560/25-1561/25-1562/25-1563/
25-1564/25-1565/25-1566/25-1567/25-1568/25-1569/25-1570/25-1571/25-1572/
25-1573/25-1574/25-1575/25-1576/25-1577/25-1578/25-1579/25-1580/25-1581/
25-1582/25-1583/25-1584/25-1585/25-1586/25-1587/25-1588/25-1589/25-1590/
25-1591/25-1592/25-1593/25-1676/25-1677 (Continued)

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.

v.

AMERILIST, INC.,
Appellant in 25-1587

___

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.

v.

US DATA CORPORATION,
Appellant in 25-1588

___

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.

v.

SMARTY, LLC; SMARTYSTREETS, LLC,
Appellants in 25-1589

___

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.

v.

COMPACT INFORMATION SYSTEMS, LLC; et al.
Appellants in 25-1590

___

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.

v.

DARKOWL, LLC,
Appellant in 25-1591

Continued…

PAGE NINE – CONTINUED                             TUESDAY, JULY 08, 2025

Coram: BIBAS, FREEMAN and CHUNG, Circuit Judges

Nos. 25-1555/25-1556/25-1557/25-1558/25-1559/25-1560/25-1561/25-1562/25-1563/
25-1564/25-1565/25-1566/25-1567/25-1568/25-1569/25-1570/25-1571/25-1572/
25-1573/25-1574/25-1575/25-1576/25-1577/25-1578/25-1579/25-1580/25-1581/
25-1582/25-1583/25-1584/25-1585/25-1586/25-1587/25-1588/25-1589/25-1590/
25-1591/25-1592/25-1593/25-1676/25-1677 (Continued)

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.
v.
SPY DIALER, INC.,
Appellant in 25-1592

___

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons; et al.
v.
LIGHTHOUSE LIST COMPANY, LLC,
Appellant in 25-1593

___

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
First Direct, Inc.,
Appellant in 25-1676

___

Atlas Data Privacy Corporation as assignee
of individuals who are Covered Persons; et al.
v.
Greenflight Venture Corp.,
Appellant in 25-1677

| Counsel for Appellants | Counsel for Appellee |
|---|---|
| MICHAEL L. BERRY | DAVID BOIES<br>[Appellee Counsel]<br>(10 minutes per Court) |
| | MICHAEL L. ZUCKERMAN<br>[Intervenor]<br>(5 minutes per Court) |
| (15 minutes Total per Court) | (15 minutes Total per Court) |