UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 25-1589**

Atlas Data Privacy Corp. v. Smarty, LLC

**ORDER**

Counsel for Appellant has advised the Clerk's Office that Smarty, LLC is the only appellant in this case. SmartyStreets, LLC is a registered DBA of Smarty, LLC. The party name and caption will be amended accordingly. The caption will now read:

ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons; JANE DOE-1, a law enforcement officer; JANE DOE-2, a law enforcement officer; EDWIN MALDONADO; SCOTT MALONEY; JUSTYNA MALONEY; PETER ANDREYEV; WILLIAM SULLIVAN

v.

SMARTY, LLC d/b/a SMARTYSTREETS, LLC,
Appellant

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 28, 2026
Lmr/cc: All Counsel of Record